# United States Court of Appeals
## For the First Circuit

No. 21-1739

JANET VAZQUEZ-VELAZQUEZ; RAMON A. DEL VALLE-LOPEZ; CONJUGAL
PARTNERSHIP DEL VALLE-VAZQUEZ; CARLOS R. CESPEDES-GOMEZ; JOCELYN
CALO-BIRRIEL; CONJUGAL PARTNERSHIP CESPEDES-CALO; SAUL O.
ALMEDA-CRUZ; JUDITH NIEVES-RIVERA; CONJUGAL PARTNERSHIP ALMEDA-
NIEVES; FRANCISCO M. ALVARADO-BARRIOS; MARILYN ALVAREZ-RIVERA;
CONJUGAL PARTNERSHIP ALVARADO-ALVAREZ; JUAN C. ARROYO-RAMIREZ;
DAMARIS VELEZ-RIOS; CONJUGAL PARTNERSHIP ARROYO-VELEZ; JOAN
ARROYO-TORRES; JOSE R. HUERTAS-DIAZ; MARIA I. AYALA-RIVERA;
CONJUGAL PARTNERSHIP HUERTAS-AYALA; JUAN O. BADILLO-VELEZ;
AUDREY CHICO-GARCIA; CONJUGAL PARTNERSHIP BADILLO-CHICO; JULIO
BAEZ-ROMERO; ISRAEL CANCEL-HIDALGO; YAMELIA M. QUINTANA-LATORRE;
CONJUGAL PARTNERSHIP CANCEL-QUINTANA;ANGEL L. CARABALLO-
IRIZARRY; ALEIDA OQUENDO-HERNANDEZ; CONJUGAL PARTNERSHIP
CARABALLO-OQUENDO; AXEL CARRASQUILLO-CUEVAS; ANGEL L. CORA-DE-
JESUS; EILEEN LARRACUENTE-ROSARIO; CONJUGAL PARTNERSHIP CORA-
LARRACUENTE; SAMUEL CORCHADO-RODRIGUEZ; WANDA L. FIGUEROA-
BARRETO; CONJUGAL PARTNERSHIP CORCHADO-FIGUEROA; YARITZA
CORDERO-BONILLA; JOEL BONET-TORRES; CONJUGAL PARTNERSHIP BONET-
CORDERO; LUIS F. CRUZ-ROSA; YARELIS ESTALA-OLIVERAS; CONJUGAL
PARTNERSHIP CRUZ-ESTALA; EDUARDO W. DA SILVA-OLIVEROS; CLAUDIA
L. ANTUNEZ-DE MAYOLO LOJAS; CONJUGAL PARTNERSHIP DA-SILVA-
ANTUNEZ; VIVIAN L. DE JESUS-RIVERA; EDIBERTO RODRIGUEZ-NEGRON;
CONJUGAL PARTNERSHIP RODRIGUEZ-DE-JESUS; MORAIMA FIGUEROA-
MORALES; EDDIE W. PACHECO-SANTIAGO; CONJUGAL PARTNERSHIP
PACHECO-FIGUEROA; JOSE A. GARCIA-MARRERO; JOSE B. GONZALEZ-
VELEZ; LOURDES SOTO-SANTIAGO; CONJUGAL PARTNERSHIP GONZALEZ-
SOTO; ENRIQUE M. GONZALEZ-VIRUET; KEILA Y. PELLOT-DIAZ; CONJUGAL
PARTNERSHIP GONZALEZ-PELLOT; GILBERTO HERNANDEZ-CAJIGAS; YAZMIN
MUNOZ-GALLOZA; CONJUGAL PARTNERSHIP HERNANDEZ-MUNOZ; DARYMAR
HERNANDEZ-GINES; JISELA JIRAU-ADAMES; WILTHER A. AVILES-LOPEZ;
CONJUGAL PARTNERSHIP AVILES-JIRAU; JESSIE JUSINO-LUGO; MARIBEL
CLASS-DELGADO; CONJUGAL PARTNERSHIP JUSINO-CLASS; SANDRA LISBOA-
GONZALEZ; DENNISSE LUCIANO-COLLAZO; RICHARD CABAN-RUIZ; NELLY
MALDONADO-RIVERA; CONJUGAL PARTNERSHIP CABAN-LUCIANO; VICTOR M.
MEDINA-BADILLO; CORINA NASTASACHE; CONJUGAL PARTNERSHIP MEDINA-
NASTASACHE; ANIBAL MIRANDA-PEREZ; GLADYS MOJICA-ORTIZ; CARLOS E.
LUGO-QUINONES; CONJUGAL PARTNERSHIP LUGO-MOJICA; NURYS A.
MOLINA-PEREZ; RAFAEL J. MORALES-DE JESUS; JULIA V. ALBELO-
RIVERA; CONJUGAL PARTNERSHIP MORALES-ALBELO; REGINO NAVARRO-

RODRIGUEZ; ADA I. MEDINA-SANCHEZ; CONJUGAL PARTNERSHIP NAVARRO-MEDINA; AMILCAR NIEVES-SANTIAGO; CRISTINE S. HEREDIA-PEREZ; CONJUGAL PARTNERSHIP NIEVES-HEREDIA; JOSE L. NOVOA-GARCIA; LUZ N. BRACERO-LUGO; CONJUGAL PARTNERSHIP NOVOA-BRACERO; ORLANDO ORTIZ-BURGOS; CARMEN D. DEL RIO-SOTO; CONJUGAL PARTNERSHIP ORTIZ-DEL RIO; PAMELA ORTIZ-OLMO; ILEANA OTERO-PADILLA; SHEILA PACHECO-SANCHEZ; ASTRID PAGAN-FLORES; LUIS R. PASTOR-REYES; LOURDES I. PEREZ-CARRION; NELSON MORALES-SANTANA; CONJUGAL PARTNERSHIP MORALES-PEREZ; IVELISSE PEREZ-MARQUEZ; DAYNA D. PEREZ-ZAPATA; TOMAS MONTALVO-TORRES; CONJUGAL PARTNERSHIP MONTALVO-PEREZ; IGNACIO RIOS-RIVAS; LESLIE E. CABALLERO-BELTRAN; CONJUGAL PARTNERSHIP RIOS-CABALLERO; JOSE M. RIVERA-COLON; IVETTE M. PEREZ-NIEVES; CONJUGAL PARTNERSHIP RIVERA-PEREZ; IVONNE RIVERA-ORSINI; DANIEL O. VALENTIN-ARROYO; CONJUGAL PARTNERSHIP VALENTIN-RIVERA; MARILYN RODRIGUEZ-DIAZ; LEONARDO RODRIGUEZ-DIEPPA; IDALISE LAZU-LAZU; CONJUGAL PARTNERSHIP RODRIGUEZ-LAZU; CARLOS J. RODRIGUEZ-HERNANDEZ; BRENDA I. COLON-ORTIZ; CONJUGAL PARTNERSHIP RODRIGUEZ-COLON; MARIA D. RODRIGUEZ-TOLEDO; LUIS A. TORRES-VAZQUEZ; CONJUGAL PARTNERSHIP TORRES-RODRIGUEZ; GABRIEL ROSADO-DE JESUS; MARGARITA VAZQUEZ-CEDENO; CONJUGAL PARTNERSHIP ROSADO-VAZQUEZ; ONIX ROSARIO-MORALES; ANGELA M. GARCIA-MUNOZ; CONJUGAL PARTNERSHIP ROSARIO-GARCIA; MIGUEL J. ROSARIO-RIVERA; AMARYLLIS L. RIVERA-REYES; CONJUGAL PARTNERSHIP ROSARIO-RIVERA; JOSE M. ROSARIO; EDUARDO RUIZ-VELEZ; SAUL J. SANDOVAL-MELENDEZ; AMBAR ROSARIO-LUGARO; CONJUGAL PARTNERSHIP SANDOVAL-ROSARIO; CARLOS M. SANTANA-VAZQUEZ; MARIBEL CRUZ-RIVERA; CONJUGAL PARTNERSHIP SANTANA-CRUZ; ANGEL L. SANTIAGO-GALARZA; DAMARI M. SANTIAGO-TORRES; EDGAR H. RODRIGUEZ-ORENGO; CONJUGAL PARTNERSHIP RODRIGUEZ-SANTIAGO; DAMARIS E. SEBASTIAN-LOPEZ; MARVIN SOSA-GONZALEZ; NIDIA I. BETANCOURT-RIVERA; CONJUGAL PARTNERSHIP SOSA-BETANCOURT; CELIA I. TAMARIZ-VARGAS; ALEXIS DELGADO-ACOSTA; CONJUGAL PARTNERSHIP DELGADO-TAMARIZ; JOSE O. TORO-MARTINEZ; JESSICA APONTE-APONTE; CONJUGAL PARTNERSHIP TORO-APONTE; GERARDO TORRES-ORTIZ; NEREIDA TORRES-RODRIGUEZ; CONJUGAL PARTNERSHIP TORRES-TORRES; DIXON VARGAS-MONTALVO; JOSE A. VELEZ-ZAYAS; ROSA M. VIROLA-FIGUEROA; CONJUGAL PARTNERSHIP VELEZ-VIROLA,

Plaintiffs, Appellants,

v.

PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; FRANCISCO RODRIGUEZ-DOSAL, in his official capacity as Executive Director,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of the court, issued on July 12, 2023, is amended as follows:

On page 3, line 3: Please delete "Marco" and insert "Marcos".